P-SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7760-GPS(Ex): | Date | August 12, 2008 |
|---|---|---|---|
| Title | Interscope Records, et al v. John Doe #1 | | |

| Present: The Honorable | **GEORGE P. SCHIAVELLI, United States District Judge** |
|---|---|

| Jake Yerke | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **ORDER TO SHOW CAUSE (IN CHAMBERS)**

The Court, on its own motion, hereby **ORDERS** plaintiff(s), to show cause in writing no later than August 26, 2008, why this action should not be dismissed for lack of prosecution.

It is plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond. If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon the default of any defendant. All stipulations affecting the progress of the case must be approved by the Court.

Failure to file a timely response may be deemed consent to the dismissal of the action without prejudice.

No oral argument of this matter will be heard unless ordered by the Court.

|   | : |   |
|---|---|---|
| Initials of Preparer | | JY |