```
                    UNITED STATES DISTRICT COURT              Send
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
                       CIVIL MINUTES - GENERAL
```

Case No.  CV 07-7760 GPS (Ex)                          Date:  August 27, 2008

Title:   *Interscope Records, et al. v. John Doe #1*

==================================================================
PRESENT:         THE **HONORABLE GEORGE P. SCHIAVELLI**,    JUDGE

         Jacob Yerke                               Not present
        Courtroom Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                              Not present

PROCEEDINGS:   Order Setting Hearing on Order to Show Cause
               (In Chambers)

   Having received Plaintiffs' submission in response to the Order to Show Cause (OSC) regarding its failure to prosecute, the Court sets an **OSC hearing** for **September 5, 2008 at 1:30 p.m.**

**IT IS SO ORDERED.**


MINUTES FORM 11                          Initials of Deputy Clerk_JY___
CIVIL - GEN